IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

D & D PARKS CONSTRUCTION, INC.                                                      PLAINTIFF

v.                               Case No. 3:12-CV-03167

CENTURY SURETY COMPANY                                                              DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Doc. 7) is **GRANTED**. This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED AND ADJUDGED this 10th day of June, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE